# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED OCTOBER 4, 2024

### NO. 03-23-00498-CV

**Justin M. Thomas, Independent Executor of the Estate of James Henry Thomas, Appellant**

**v.**

**Lois Doolittle, Appellee**

### APPEAL FROM COUNTY COURT AT LAW NO. 2 OF HAYS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES SMITH AND THEOFANIS
### AFFIRMED -- OPINION BY JUSTICE THEOFANIS

This is an appeal from the order signed by the trial court on July 21, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.